```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 15062
    LONNIE TUCKER JR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-2773

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/12/2008 and was confirmed 11/05/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 03/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    13000.00              .00         1146.66
CAPITAL ONE AUTO FINANCE  UNSECURED          527.40              .00             .00
GREAT AMERICAN FINANCE    SECURED           1500.00              .00          126.62
GREAT AMERICAN FINANCE    UNSECURED          424.92              .00             .00
ARROW FINANCIAL SERVICES  NOTICE ONLY      NOT FILED             .00             .00
BP AMOCO                  UNSECURED        NOT FILED             .00             .00
PREMIER BANKCARD          UNSECURED          439.79              .00             .00
GREAT AMERICAN FINANCE    UNSECURED        NOT FILED             .00             .00
ROBERT J ADAMS & ASSOCIA  UNSECURED          874.13              .00             .00
T-MOBILE USA              UNSECURED          667.03              .00             .00
UNIVERSAL LENDERS INC     UNSECURED          912.99              .00             .00
FELD & KORRUB LLC         DEBTOR ATTY       3,300.00                             .00
TOM VAUGHN                TRUSTEE                                             106.72
DEBTOR REFUND             REFUND                                                 .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             1,380.00

PRIORITY                                         .00
SECURED                                     1,273.28
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                          106.72
DEBTOR REFUND                                    .00
                    --------------        --------------
TOTALS              1,380.00                1,380.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 15062 LONNIE TUCKER JR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```